JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL OROZCO, an individual; DISCOS LINDA, LLC, a California Company<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSE MARTINEZ, an individual; HYPHY MUSIC, INC., a California Corporation; THE ORCHARD, a New York Company; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00816-RGK-PD<br><br>Assigned to: Hon. R. Gary Klausner<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 28, 2021<br><br>Trial Date: April 5, 2022 |
| HYPHY MUSIC, INC., a California corporation<br>          Cross- Complainant,<br><br>    Vs.<br><br>ABEL OROZCO, an individual; DISCOS LINDA, LLC a Delaware limited liability company; DISCOS ARIES, a Delaware limited liabity company; CINQ MUSIC GROUP, LLC., a California limited liability company; and DOES 1 through 50, inclusive<br><br>          Cross-Defendants. | |

1
ORDER TO DISMISS

## ORDER

The stipulation is approved. The entire action, including all claims, counterclaims and cross-claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: April 4, 2022

_____
Judge R. Gary Klausner